
RECEIVED
IN MONROE, LA
MAR 17 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| DANNY HALL | * | CIVIL ACTION NO. 07-2187 |
| VERSUS | * | JUDGE JAMES |
| OUACHITA PARISH CORRECTIONAL CENTER | * | MAGISTRATE JUDGE HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that the plaintiff shall have 30 days to prevent dismissal by (i) amending the complaint to add Richard Fewell, Sheriff of Ouachita Parish as a defendant; (ii) properly serving Fewell; and (iii) filing into the record a right to sue letter. IF the plaintiff fails to take the above corrective actions within the time period allowed or any extension thereof granted by this court, the motion to dismiss (Document No. 4) will be granted forthwith, and this matter dismissed without prejudice.

THUS DONE AND SIGNED this 17th day of March, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION